UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:10-cr-00019-LRH-RAM |
| Plaintiff, | |
| | MINUTE ORDER |
| vs. | |
| STEVEN COOPER, | October 6, 2010 |
| Defendant. | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant Steven Cooper's Motion to Authorize Travel Outside Nevada (#35) for Defendant to attend a business related function with his employer October 13 through October 15, 2010.

    Good cause appearing, the court GRANTS Defendant's Motion (#35). Pre-trial Services is hereby authorized to allow Defendant to travel.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk