UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:10-cr-00019-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | March 28, 2001 |
| STEVEN COOPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Defendant Cooper's Notice and Requests concerning Recommendation for Prison Placement; Motion for Credit for Time Serviced in Pre-Trial Custody (#50) requesting that certain parts of Defendant's Sentencing Memorandum be transmitted to the Bureau of Prisons [pages 1-9, 12-15, and its Exhibits (stamped pages #27-37 – doc. 41-4, pages 2-12 of 12)].  The Government has not opposed. It appearing that the documentation request is reasonable,

     IT IS HEREBY ORDERED that those pages of the Sentencing Memorandum be forward to the Bureau of Prisons.

                              LANCE S. WILSON, CLERK

                          By:          /s/
                                  Deputy Clerk